*Eppens, Smith & Wiemann Co.* v. *Hartford Fire Ins. Co.*, 112 App. Div.
900, affirmed.

(Argued April 12, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 27, 1906, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
in an action to recover an amount alleged to be due under a
policy of fire insurance.

*Raymond Rubenstein* and *Edgar J. Nathan* for appellant.

*Arnold L. Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT
HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

ERMENIA ARCIERI, as Administratrix of the Estate of DONATO
ARCIERI, Deceased, Respondent, *v.* THE LONG ISLAND
RAILROAD COMPANY, Appellant.

*Arcieri* v. *Long Island R. R. Co.*, 112 App. Div. 912, affirmed.

(Argued April 12, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
9, 1906, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for the death of plaintiff's intestate
alleged to have been caused by defendant's negligence.

*William C. Beecher* and *Joseph F. Keany* for appellant.

*Rosario Maggio* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT,
HAIGHT, VANN, HISCOCK and CHASE, JJ.